UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| AASHISH CHUTTANI, SUMAN SIDDAMREDDY, and BHARAT UPPALAPATI, | § § § § | |
| *Plaintiffs*, | § § § | |
| v. | § § | |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, and KENNETH T. (KEN) CUCCINELLI, Acting Director, U.S. Citizenship and Immigration Services (or his successor), in his official capacity, | § § § § § § § § | Civil Action No. 3:19-CV-02955-X |
| *Defendants*. | § § | |

## ORDER

Before the Court is the plaintiffs' Motion to Reconsider [Doc. No. 27].  The motion is now ripe.  And after thorough consideration, the Court hereby **DENIES** the motion.

**IT IS SO ORDERED** this 22nd day of February, 2021.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE